## Kreisl, et ux. *v.* Varano, et al., Appellants.

Argued December 3, 1974. *Myron M. Moskowitz,* for appellants; *Martin C. Recchuite,* with him *Howard L. Shecter,* and *Morgan, Lewis & Bockius,* for appellees.

Judgment affirmed.

VAN DER VOORT, J., absent.

## Laidig, et al. *v.* John D. Bohr, Inc., et al., Appellants.

Argued December 5, 1974. *Christian S. Erb, Jr.,* with him *Metzger, Wickersham, Knauss & Erb,* for appellants; *Richard C. Angino,* with him *Hurwitz, Klein, Benjamin & Angino,* for appellees.

Judgment affirmed.

VAN DER VOORT, J., absent.

## Lovering et al. *v.* Gorham, Appellant.

Argued December 5, 1974. *Patrick Gorham,* with him *H. Lee Ratner,* for appellant; *Roy H. Davis,* for appellees.

Judgment affirmed; petition for reargument refused February 25, 1975.

VAN DER VOORT, J., absent.